UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:17-cr-5
                                                HON. PAUL L. MALONEY

JAMES DARRELL WILSON,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 22, 2017, for arraignment on the Indictment after his arrest in the Eastern District of Michigan.

Defendant was detained at his initial appearance in Detroit and defense counsel was unclear as to whether or not a detention hearing was held.  He will look into that issue and request a detention hearing if needed.

For reasons stated on the record defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

                                               /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2017