`UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 2:17-cr-5-01
                                                  HON. PAUL L. MALONEY

JAMES DARRELL WILSON,

        Defendant.
_____/

## ORDER OF DETENTION

A detention hearing was held before the undersigned at the request of defense counsel on March 22, 2017.  Karl Numinen appeared on behalf of defendant and Paul Lochner appeared for the government.

For reasons stated on the record defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                   */s/ Timothy P. Greeley*
                                                   TIMOTHY P. GREELEY
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2017